FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2025 NOV 20 AM 10: 19

VANIA S. ALLEN
CLERK
BY: [signature]
DEPUTY CLERK

Certificate Number: 14912-GAN-DE-040064770

Bankruptcy Case Number: 25-59373

14912-GAN-DE-040064770

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2025, at 12:18 o'clock AM EDT, Laaunda Hicks completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   September 8, 2025          By:   /s/Jai Bhatt

                                   Name:   Jai Bhatt

                                   Title:   Counselor