UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Laaunda dean Hicks
**Debtor**

Mile High Borrower 1
**Movant**

vs.

Laaunda Dean Hicks
**Respondent**

Case No. 25-59373-sms

Chapter 7

*[Filed stamp: 2025 NOV 20 AM 10:33, Vania S. Allen, Deputy Clerk, U.S. Bankruptcy Court Northern District of Georgia]*

<u>Responding to motion for Relief from Automatic Stay.</u>

As the Debtor, I Lafunda Dean Hicks will have past due rent and December rent paid before the Hearing on December 10th 2025. I truly apologize about the inconvenience that I have cause your company. I have 3 children and we really love our home. I know that I will be back on track after I pay everything I owe. If possible after everything is paid I would like to finish my lease out. Thank you.

**Signature** /s/ LaXunda Hicks

**Printed Name** LaXunda Deen Hicks

**Address** 3179 Lower Creek Dr
Douglasville GA 30135

**Telephone Number** 205-266-7488

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Lafunda Dean Hicks            Case No: 25-59373-sms
)
Mile High Borrowel )            Chapter  7
)
VS    Debtor(s) )
Lafunda Dean Hicks    CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 20 day of November, 2025 I served a copy of Responding to motion which was filed in this bankruptcy matter on the 20 day of November, 2025

Mode of service (check one):    ☑ MAILED    ☐ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):
Michae J. Bargar
Rountree Leatman Klein and Geer LLC
Century Plaza
2987 Clairmont Road Suite 350  ATL GA. 30329

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 11/20/2025    Signature: Lafunda Hicks
Printed Name: Lafunda Hicks
Address: 3179 Lower Creek Dr
Douglasville GA, 30135

Phone: 205-244-7488

(Generic Certificate of Service – Revised 4/13)