**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In    Debtor(s)<br>Re:    **Laaunda Deon Hicks**<br>       3179 Lower Creek Drive<br>       Douglasville, GA 30135<br><br>     **xxx−xx−7251** | Case No.: **25−59373−sms**<br>Chapter: **7**<br>Judge: **Sage M. Sigler** |

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_Sage M. Sigler_
_____

Sage M. Sigler
United States Bankruptcy Judge

Dated: December 8, 2025

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-59373-sms |
| Laaunda Deon Hicks | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Dec 08, 2025 | Form ID: 182 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laaunda Deon Hicks, 3179 Lower Creek Drive, Douglasville, GA 30135-8206 |
| 25427961 | + | JAMES MARKHAM, PO BOX 360345, BIRMINGHAM, AL 35236-0345 |
| 25427962 | + | NATIONAL AUTO ACCEPTANCE LLC, PO BOX 360345, BIRMINGHAM, AL 35236-0345 |
| 25427968 | | PROGRESS RENTAL, 2558 HOLCOMB BRIDGE ROAD, NORCROSS, GA 30071 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Dec 09 2025 01:12:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| petprep | ^ | MEBN | Dec 08 2025 20:26:28 | Upsolve, 228 Park Ave S, PMB 53933, New York, NY 10003-1502 |
| 25427954 | + | Email/Text: documents@apellesnow.com | Dec 08 2025 20:43:00 | APELLES, PO BOX 1578, MIDDLETOWN, OH 45042-7395 |
| 25427955 | + | EDI: CCS.COM | Dec 09 2025 01:12:00 | CREDIT COLLECTION SERVICE, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 25427956 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2025 20:38:10 | CREDIT ONE BNK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 25427957 | + | EDI: GADEPTOFREV.COM | Dec 09 2025 01:12:00 | DEPARTMENT OF REVENUE, 2595 CENTURY PARKWAY NORTHEAST, ATLANTA, GA 30345-3173 |
| 25427958 | + | EDI: MAXMSAIDV | Dec 09 2025 01:12:00 | DPT/ED AIDV, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 25427959 | + | EDI: AMINFOFP.COM | Dec 09 2025 01:12:00 | FST PREMIER, 3820 NORTH LOUISE AVENUE, SIOUX FALLS, SD 57107-0145 |
| 25427960 | + | EDI: PHINAMERI.COM | Dec 09 2025 01:12:00 | GM FINANCIAL, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 25427963 | ^ | MEBN | Dec 08 2025 20:27:42 | NATIONAL ENTERPRISE SYSTEM, 29125 SOLON ROAD, SOLON, OH 44139-3442 |
| 25427964 | + | EDI: NFCU.COM | Dec 09 2025 01:12:00 | NAVY FEDERAL, PO BOX 3700, MERRIFIELD, VA 22119-3700 |
| 25427965 | + | EDI: NFCU.COM | Dec 09 2025 01:12:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3501, MERRIFIELD, VA 22119-3501 |
| 25427966 | ^ | MEBN | Dec 08 2025 20:27:43 | PAYMENTS MD, PO BOX 8788, CORAL SPRINGS, FL 33075-8788 |
| 25427967 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 08 2025 20:41:00 | PNC BANK, 500 FIRST AVENUE, |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2025 | Form ID: 182 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | PITTSBURGH, PA 15219 |
| 25427969 | + | Email/Text: newbk@Regions.com | Dec 08 2025 20:43:00 | REGIONS BANK, 1900 5TH AVENUE NORTH, BIRMINGHAM, AL 35203-2670 |
| 25427970 | + | Email/Text: EBN@brockandscott.com | Dec 08 2025 20:41:00 | RH PARTNERS OWNERCO, LLC, C/O BROCK & SCOTT PLLC, 4360 CHAMBLEE DUNWOODY ROAD, ATLANTA, GA 30341-1049 |
| 25427971 | + | Email/Text: tamara.pair@wellstar.org | Dec 08 2025 20:43:00 | WELLSTAR DOUGLAS HOSPITAL, 8954 HOSPITAL DRIVE, DOUGLASVILLE, GA 30134-5604 |
| 25427972 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Dec 08 2025 20:43:00 | WESTLAKE SERVICES LLC,, WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BOULEVARD, LOS ANGELES, CA 90010-3847 |
| 25427973 | + | Email/Text: bk@worldacceptance.com | Dec 08 2025 20:43:19 | WORLD FINANCE, 900 THORNTON ROAD, SUITE E, LITHIA SPRINGS, GA 30122-2641 |
| 25427993 | + | Email/Text: bk@worldacceptance.com | Dec 08 2025 20:43:19 | World Finance, 900 Thornton Road, Lithia Springs, GA 30122-2641 |
| 25427974 | + | EDI: COMCASTCBLCENT | Dec 09 2025 01:12:00 | XFINITY, 1701 JOHN F KENNEDY BOULEVARD, PHILADELPHIA, PA 19103-2838 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor Mile High Borrower 1 (Value) LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Michael J. Bargar | mbargar@rlkglaw.com  GA67@ecfcbis.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3